IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-CV-4-BR

ELIZABETH A. MERRILL,

    Plaintiff,

v.

GINA MCCARTHY,

    Defendant.

ORDER

This matter is before the court on the parties' motion for a court-hosted mediated settlement conference pursuant to Local ADR Rule 101.2, EDNC. The motion is ALLOWED. Accordingly, the case is hereby REFERRED to Magistrate Judge Robert B. Jones, Jr. for a settlement conference. The settlement conference shall occur before 29 August 2016. Judge Jones will schedule the conference by separate order. Defendant's Agency representatives(s) with settlement authority are not required to be physically present at the conference. However, such representative(s) shall remain on the telephone <u>throughout the entirety of the conference</u>.

This 13 July 2016.

                                                  W. Earl Britt
                                                Senior U.S. District Judge